```
1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of ROBERT L. FORKNER
2  722 Thirteenth Street
   Modesto, CA 95354
3  Telephone:    (209) 544-0200
   Fax:          (209) 544-1860
4

5  Attorney for Defendant
   MICHAEL COFFEE
6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NO. Cr-09-298-AWI |
|---|---|---|
| Plaintiffs, | ) | STIPULATION AND PROPOSED |
| V. | ) | ORDER TO TERMINATE |
|  | ) | PRE-TRIAL RELEASE |
| MICHAEL COFFEE, | ) |  |
| Defendant. | ) |  |

Defendant, MICHAEL COFFEE, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KIMBERLY SANCHEZ, Assistant United States Attorney, hereby stipulate and request the following:

1. That the defendant Michael Coffee shall be removed from Pre-Trial supervision.

2. The Financial Condition 7(j) which reflects the defendant was released on a $100,000.00 property bond, secured by equity in property owned by Georgianna Coffee is to remain in full effect.

3. Pre-trial services Officer Dan Stark has been advised and has no objections.

IT IS SO STIPULATED.

Dated:  May 15, 2012          /s/ Robert L. Forkner
                              ROBERT L. FORKNER
                              Attorney for Defendant
                              MICHAEL COFFEE

Dated: May 15, 2012           BENJAMIN B. WAGNER
                              United States Attorney


                              by: /s/ Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:   May 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE