ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
MICHAEL COFFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:09-CR-00298-AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ) CONTINUE TRIAL READINESS |
| v. | ) CONFERENCE |
| MICHAEL COFFEE, | ) |
| Defendant. | ) |

    The defendants: 1)MICHAEL COFFEE, through his attorney ROBERT L. FORKNER together with the United States of America through its undersigned counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby stipulate and request the following:

    1. That the Trial Readiness Conference presently set for August 20, 2012 be vacated and rescheduled for August 27, 2012 at 10:00 a.m. in Courtroom 2 before the Honorable Chief District Court Judge, Anthony W. Ishii.

    2. Defense counsel has scheduled a trip to Alaska the

Stipulation and Order

- 1 -

weekend before the currently scheduled Trial Readiness Conference to interview potential witnesses needed for the Defense at trial. As such, the defense request additional time for preparation and further investigation.

3. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated: July 25, 2012         /s/ Robert L. Forkner
                             ROBERT L. FORKNER
                             Attorney for Defendant
                             MICHAEL COFFEE

Dated: July 25, 2012         BENJAMIN B. WAGNER
                             United States Attorney


                             by: /s/ Kimberly Sanchez
                             Assistant United States Attorney

Stipulation and Order

- 2 -

ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:(209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
MICHAEL COFFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-CR-00298-AWI |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE TRIAL READINESS HEARING |
| MICHAEL COFFEE, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the August 20, 2012 Trial Readiness Conference be continued to August 27, 2012 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) from the date of this order to August 27, 2012.

IT IS SO ORDERED.

Dated: __July 26, 2012__      _____
                              CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order

- 3 -

Stipulation and Order

- 4 -